UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| TERRELL RANEY, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| vs. | ) | Case No. 4:07CV1150 CDP |
| CORRECTIONAL MEDICAL SERVICES, et al., | ) | |
| Defendants. | ) | |

# **MEMORANDUM AND ORDER**

This matter is before me on a letter received from plaintiff on September 4, 2007. Although plaintiff acknowledges that his letters to the Court are not permitted, he continues to write them instead of filing formal motions seeking relief. I will order the Clerk of the Court to docket this letter and place it in the court file, but any future letters from plaintiff will be returned to plaintiff by the Clerk's Office and will not be considered by the Court. In his latest letter, plaintiff complains that he has been "blackballed" and will "be maimed or killed" if he is not transferred to a different facility.[1] Plaintiff's latest allegations are similar to

---

[1]In this letter, plaintiff also alleges that he was "subjected to excessive force" during another incident not previously alleged in the complaint. Plaintiff acknowledges that he must first exhaust the prison grievance process before he may bring a federal claim arising from this incident, so I do not interpret plaintiff's

those made in his previously-filed motion for preliminary injunction. Defendants have been ordered to respond to plaintiff's motion for preliminary injunction, and have been granted until September 17, 2007 to do so. Defendants' response should also address the allegations contained in plaintiff's September 4, 2007 letter, as well as the allegations contained in plaintiff's previously-filed letters [docket entries #7, #11, and #12].

To the extent plaintiff's letter is an attempt to request a temporary restraining order, his conclusory request will be denied because it presents no basis for emergency relief.

Accordingly,

**IT IS HEREBY ORDERED** that the Clerk of the Court shall docket plaintiff's letter to the Court received September 4, 2007 and shall place it in the Court file. **<u>Any future letters received from plaintiff will be returned and will not be considered by the Court.</u>**

**IT IS FURTHER ORDERED** that defendants' September 13, 2007 response to this Court's Order to Show Cause why plaintiff's motion for preliminary injunctive relief should not be granted shall also address the

---

letter as a motion for leave to amend at this time. If plaintiff chooses to his amend his complaint at a later time to include these allegations, he must file a motion for leave to do so in compliance with federal and local rules.

allegations made by plaintiff in his letters filed with the Court.

**IT IS FURTHER ORDERED** that to the extent plaintiff is requesting a temporary restraining order in his letter received September 4, 2007, any such request for emergency injunctive relief is denied.

```
                                  _____
                                  CATHERINE D. PERRY
                                  UNITED STATES DISTRICT JUDGE
```

Dated this 7th day of September, 2007.