UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| TERRELL RANEY, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) ) Case No. 4:07CV1150 CDP |
| JASON CRAWFORD, et al., | ) ) ) |
| Defendants. | ) |

### **ORDER**

Defendants have filed a memorandum indicating that they failed to serve plaintiff with a number of documents, including their motion to dismiss and their response to plaintiff's request for preliminary injunction. They indicated that they have now mailed the documents to plaintiff. Accordingly,

**IT IS HEREBY ORDERED** that plaintiff shall file any reply brief in support of his request for preliminary injunction and any brief in opposition to the defendants' motion to dismiss by **November 5, 2007**.

_____
CATHERINE D. PERRY
UNITED STATES DISTRICT JUDGE

Dated this 5th day of October, 2007.