UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

TERRELL RANEY, )
 )
    Plaintiff, )
 )
vs. ) Case No. 4:07CV1150 CDP
 )
JASON CRAWFORD, et al., )
 )
    Defendants. )

## **MEMORANDUM AND ORDER**

    This matter is before me on plaintiff's motion for deposition upon written questions and motion for an extension of time to complete discovery. Before the Court can determine whether to grant plaintiff's motion for deposition, it must be able to review the proposed questions to be asked. Therefore, plaintiff should supplement his motion within twenty (20) days from the date of this Order with his proposed written questions for deposition. Plaintiff shall also explain why the information sought cannot be obtained by interrogatories propounded to defendants. Finally, plaintiff shall inform the Court of the arrangements he has made for the court reporter to attend and transcribe the responses to the written deposition questions. Although plaintiff is proceeding in forma pauperis, the Court does not absorb this cost for plaintiff, so he must arrange and pay for any

costs associated with the proposed depositions himself, including court reporting fees.

To allow plaintiff sufficient opportunity to meet the requirements of this Order, I will grant his motion for an extension of time to complete discovery. An amended case management order will issue.

**IT IS HEREBY ORDERED** that plaintiff shall supplement his motion for deposition upon written questions [#58] as directed in this Order by no later April 23, 2008. Failure to comply with this Order will result in the denial of the motion.

**IT IS FURTHER ORDERED** that the motion for an extension of time to complete discovery [#58] is granted.

_____
CATHERINE D. PERRY
UNITED STATES DISTRICT JUDGE

Dated this 3rd day of April, 2008.