UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| TERRELL RANEY, | ) | |
|---|---|---|
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. 4:07CV1150 CDP |
| | ) | |
| JASON CRAWFORD, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## **MEMORANDUM AND ORDER**

This matter is before me upon plaintiff's third motion for appointment of counsel. As I stated in my Memorandum and Order denying appointment of counsel dated February 15, 2008, there is no constitutional or statutory right to appointed counsel in a civil case. Nelson v. Redfield Lithograph Printing, 728 F.2d 1003, 1004 (8th Cir. 1984). Plaintiff claims that he needs an appointed attorney to represent him because it is difficult for him to investigate the facts of this case. This is an insufficient basis upon which to appoint counsel because discovery in this matter is closed. Moreover, the complexity of this case weighs against appointment of counsel because I have already denied defendants' motion for summary judgment. The case is set for trial on April 27, 2009. Plaintiff continues to capably represent himself in this action. Having considered the

relevant factors, I will deny plaintiff's third motion for appointment of counsel.

Accordingly,

**IT IS HEREBY ORDERED** that plaintiff's motion for appointment of counsel [#82] is denied.

                                                                       _____
                                                                       CATHERINE D. PERRY
                                                                       UNITED STATES DISTRICT JUDGE

Dated this 30th day of December, 2008.