UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| TERRELL RANEY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. 4:07CV1150 CDP |
| | ) | |
| JASON CRAWFORD, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## MEMORANDUM AND ORDER

This matter is before me upon plaintiff's fourth motion for appointment of counsel.

I denied plaintiff's third motion for appointment of counsel on December 30, 2008.

Plaintiff's fourth motion for appointment of counsel is almost identical to his third

motion, and there have been no new developments in this case since I denied the last

motion. Accordingly, I am denying plaintiff's fourth motion for appointment of counsel

for the same reasons I denied plaintiff's third motion for appointment of counsel in my

Memorandum and Order dated December 30, 2008.

Accordingly,

**IT IS HEREBY ORDERED** that plaintiff's motion for appointment of counsel

[#85] is denied without prejudice.

_____
CATHERINE D. PERRY
UNITED STATES DISTRICT JUDGE

Dated this 23rd day of January, 2009.