UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| TERRELL RANEY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No. 4:07CV1150 CDP |
| | ) |
| JASON CRAWFORD, et al., | ) |
| | ) |
| Defendants. | ) |

**MEMORANDUM AND ORDER**

This case is currently set for trial on the two week docket beginning Monday, April 27, 2009, and the parties' pretrial submissions are due next week. I have several times before denied plaintiff's motions for appointment of counsel, but I now believe that appointment of counsel to represent plaintiff at trial will assist the Court and the parties and will further the interests of justice. I am currently attempting to find an attorney to represent plaintiff in this case, and so will remove the case from the trial docket temporarily. Once counsel has been appointed, I will reset it for trial after consulting with both counsel.

Discovery in this case will not be reopened absent exceptional circumstances. Therefore, plaintiff should understand that new counsel's representation will be limited to preparing pre-trial materials, engaging in

settlement efforts if appropriate, and presenting plaintiff's case at trial. Appointed counsel will be under no obligation to engage in discovery, as discovery is closed.

Accordingly,

**IT IS HEREBY ORDERED** that this case is **removed from the trial docket of April 27, 2009**, and will be reset at a later date.

**IT IS FURTHER ORDERED** that the parties' requests for writs and for subpoenas are denied without prejudice, to be resubmitted after the case is reset for trial.

_____
CATHERINE D. PERRY
UNITED STATES DISTRICT JUDGE

Dated this 3rd of April, 2009.