UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| TERRELL RANEY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 4:07CV1150 CDP |
| | ) |
| JASON CRAWFORD, et al., | ) |
| | ) |
| Defendants. | ) |

## **MEMORANDUM AND ORDER**

This matter is before me on my review of the file. As previously stated, I now believe that I should appoint counsel to represent plaintiff at trial to assist the Court and the parties and to further the interests of justice. Accordingly, I will appoint Richard E. Finneran, Sonnenschein, Nath & Rosenthal, LLP, One Metropolitan Square, Suite 3000, St. Louis, Missouri 63102-2741 as counsel for plaintiff. Discovery in this case is closed and will not be reopened absent exceptional circumstances. Therefore, plaintiff should understand that Mr. Finneran's representation will be limited to preparing pre-trial materials, engaging in settlement efforts if appropriate, and presenting plaintiff's case at trial. Mr. Finneran is under no obligation to engage in discovery. I will set a status

conference with counsel to select a new trial date that affords plaintiff's counsel adequate opportunity to review the file and prepare for trial.

Accordingly,

**IT IS HEREBY ORDERED** that **Richard E. Finneran, Sonnenschein, Nath & Rosenthal, LLP, One Metropolitan Square, Suite 3000, St. Louis, Missouri 63102-2741** is appointed as counsel for plaintiff as set forth above.

**IT IS FURTHER ORDERED** that there will be a telephone status conference with counsel only on **Thursday, June 4, 2009 at 10:30 a.m.** to select a new trial date. The Court will place the call.

_____
CATHERINE D. PERRY
UNITED STATES DISTRICT JUDGE

Dated this 12th day of May, 2009.