UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| TERRELL RANEY, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No. 4:07CV1150 CDP ) |
| JASON CRAWFORD, et al., | ) ) |
| Defendants. | ) |

## **MEMORANDUM AND ORDER**

In light of the parties' agreement to reopen discovery on a limited basis,

**IT IS HEREBY ORDERED** that plaintiff's motion to reopen discovery [#101] is granted only to the extent agreed upon by the parties. The parties shall submit a joint proposed amended case management order by **July 31, 2009**, and the Court shall hold a scheduling conference on **Friday, August 14, 2009 at 11:30 a.m.** in my chambers. If plaintiff believes that additional discovery beyond the parties' agreement is needed and defendants do not consent, the joint proposed order shall set out specifically what additional discovery plaintiff is seeking and the basis for the disagreement.

**IT IS FURTHER ORDERED** that plaintiff's alternative motion to file a motion to compel [#101-1] is denied without prejudice at this time.

                                        _____
                                        CATHERINE D. PERRY
                                        UNITED STATES DISTRICT JUDGE

Dated this 8th day of July, 2009.

RE:
Case #

Dear :

&lt;enter text here&gt;

Sincerely,
JAMES G. WOODWARD, CLERK


By: _____
    khollenb
    Deputy Clerk

Enclosure(s)