UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| TERRELL RANEY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No. 4:07CV1150 CDP |
| | ) |
| JASON CRAWFORD, et al., | ) |
| | ) |
| Defendants. | ) |

**MEMORANDUM AND ORDER**

This matter is before me on my review of the file. Because of the Court's schedule, this case will not be reached for trial during the Court's two-week June 28, 2010 docket. Therefore, this case must be reset for trial. I will hold a telephone conference with counsel to discuss a new trial date. Before that conference, I would like the attorneys to meet and agree upon potential trial dates. The parties do not need to file their remaining pretrial submissions at this time.

Accordingly,

**IT IS HEREBY ORDERED** that **this case is removed from the June 28, 2010 trial docket, to be reset at a later date**.

**IT IS FURTHER ORDERED** that the Court will hold a telephone status conference with counsel to select a new trial date on **Tuesday, June 15, 2010 at 3:00 p.m.** The Court will place the conference call.

**IT IS FURTHER ORDERED** that plaintiff's motion for writ of habeas corpus ad testificandum [#133] is denied as moot.

**IT IS FURTHER ORDERED** that the parties do not have to file their remaining pretrial submissions at this time.

_____
CATHERINE D. PERRY
UNITED STATES DISTRICT JUDGE

Dated this 9th day of June, 2010.