UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| TERRELL RANEY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 4:07CV1150 CDP |
| ) | |
| JASON CRAWFORD, et al., ) | |
| ) | |
| Defendants. ) | |

## MEMORANDUM AND ORDER

This matter is before me on defendants' objections to plaintiff's amended pretrial submissions. I will grant defendants leave to file objections to plaintiff's amended pretrial submissions and any response to his motion in limine by no later than **February 4, 2011**. The Court will rule on pretrial objections and motions in limine on the first day of trial, so **the parties are reminded to be present in Courtroom 14-South and ready to proceed by 8:30 a.m. on Tuesday, February 22, 2011**. Any attorney who needs training on the courtroom electronic presentation equipment should contact my team in the Clerk's office by no later than **February 4, 2011** to schedule a training session.

Accordingly,

**IT IS HEREBY ORDERED** that **defendants shall file any objections to**

**plaintiff's amended pretrial and any response to plaintiff's motion in limine by no later than February 4, 2011.**

**IT IS FURTHER ORDERED** that any attorney requesting training on the courtroom electronic presentation equipment should contact my team in the Clerk's office by no later than **February 4, 2011** to schedule a training session.

**IT IS FURTHER ORDERED** that **all parties shall be ready to proceed to trial on Tuesday, February 22, 2011 at 8:30 a.m. in Courtroom 14-South**.

_____
CATHERINE D. PERRY
UNITED STATES DISTRICT JUDGE

Dated this 26th day of January, 2011.