# United States District Court

EASTERN DISTRICT OF MISSOURI

**JUDGMENT IN A CIVIL CASE**

TERRELL RANEY

    Plaintiff,

        v.                    CASE NUMBER:    4:07CV1150 CDP

JASON CRAWFORD, TIM WILLIFORD,
BEN COSGROVE and KEITH HAYES

    Defendants.

- : **Jury Verdict.**  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

- 9 **Directed Verdict.**  This action came before the Court for a trial by jury, the Court having sustained defendant's motion for judgment as a matter of law at the close of plaintiffs' case;

- 9 **Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

    **IT IS HEREBY ORDERED AND ADJUDGED** that Plaintiff Terrell Raney recover from Defendant Jason Crawford damages in the amount of $1000.00 and from Defendant Keith Hayes damages in the amount of $150.00.

    **IT IS FURTHER ORDERED AND ADJUDGED** that Plaintiff Terrell Raney recover nothing from Defendant Tim Williford.

                                              James G. Woodward
                                              CLERK

February 24, 2011
DATE

                             By:    /s/ Melanie Berg
                                              DEPUTY CLERK